B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                                  Bankruptcy No. 10-13033 mdc
    Anthony J. DeMarco III
        Debtor

    Francisco Vera and
    Nioca Vera
        Plaintiff                                                      Adversary No. 10-306

    Anthony Demarco III individually
    and d/b/a Demarco REI, Inc.
    Settlement Engine, Inc.
    Michele A. Casale
    Jonathan A. Moragne
    Everett T. Adkins Jr.
    Mary Adkins
    GMAC Mortgage, LLC
    John Doe
        Defendant

### Alias SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 12/8/2010.

    Address of Clerk                                             U.S. Bankruptcy Court
                                                                  Robert N.C. Nix Building
                                                                  900 Market Street, Suite 400
                                                                  Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney

                                                                    Robert P. Cocco, Esq.
                                                                    1500 Walnut Street
                                                                    Suite 900
                                                                    Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                FOR THE COURT

                                                TIMOTHY B. MCGRATH
                                                CLERK

11-8-10

                                                By: s/ Gerard Discher
                                                Deputy Clerk

Bankruptcy No. 10-13033 mdc    Adversary No. 10-306

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                                                  Signature

Print Name            _____

Business Address      _____

City, State, Zip      _____